JORDAN S. ALTURA, Bar No. 209431
jaltura@grsm.com
MICHAEL K. BRISBIN, Bar No. 169495
mbrisbin@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
GEICO INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBONY JOHNSON, DEWAYNE JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>GEICO INDEMNITY COMPANY,<br>DOES 1 - 100<br><br>Defendants. | Case No. 2:24-cv-02191-JAM-AC<br><br>**JOINT REQUEST AND STIPULATION TO EXTEND THE TIME FOR COUNSEL TO MEET AND CONFER AND DEFENDANT GEICO TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**FRCP 6; LOCAL RULE 144**<br><br>**Case Removed: 8/15/24**<br><br>**Initial Responsive Deadline: 8/22/24**<br><br>**First Extended Deadline: 9/19/24**<br><br>**Second Extended Deadline: 10/10/24** |

TO THE COURT, CLERK OF THE COURT AND ALL PARTIES:

1.   Defendant GEICO INDEMNITY COMPANY removed this case from the Superior Court for the County of Sacramento on Thursday, August 15, 2024.

2.   Under Federal Rule Civil Procedure, Rule 81 (c) (2) (C) a Party has 7 days after a notice of removal is filed to file a responsive pleading.

3.   For this case, the 7-day deadline after the filed notice of removal was Thursday, August 22, 2024.

- 1 -

JOINT REQUEST AND STIPULATION TO EXTEND THE TIME FOR COUNSEL TO MEET AND CONFER AND FOR DEFENDANT GEICO TO RESPOND TO PLAINTIFF'S COMPLAINT – Case No.: 2:24-cv-02191-JAM-AC

4. Therefore, under Federal Rule Civil Procedure, rule 81 (c) (2) (C) Defendant GEICO INDEMNITY COMPANY had until Thursday, August 22, 2024, to file a responsive pleading, absent the Parties jointly extending the deadline.

5. Local Rule 144 (a) of the United States District Court, Eastern District of California, allows the Parties to stipulate to one extension not longer than 28 days, for a Defendant to respond to a complaint.

6. Defendant GEICO INDEMNITY COMPANY and Plaintiffs EBONY JOHNSON and DEWAYNE JOHNSON, through their attorneys of record, stipulated to a 28-day extension for Defendant GEICO INDEMNITY COMPANY to respond to Plaintiff's complaint.

7. With the 28-day extension, Defendant GEICO INDEMNITY COMPANY'S responsive pleading is currently due no later than Thursday, September 19, 2024.

8. Counsel for GEICO INDEMNITY COMPANY evaluated Plaintiffs' complaint and emailed a lengthy analysis to Plaintiffs' counsel on Wednesday, September 11, 2024, setting forth how Plaintiffs' causes of action and allegations are untimely because of the applicable Statute of Limitation for each cause of action (7).

9. Counsel for GEICO INDEMNITY COMPANY also discussed with Plaintiffs' counsel the lack, and absence, of causation between the allegations and conclusions within the seven causes of action.

10. On Wednesday, September 11, 2024, Mr. McKinney replied acknowledging receipt of the email with lengthy analysis.

11. On Wednesday, September 11, 2024, counsel for GEICO INDEMNITY COMPANY returned Mr. McKinney's call at 5:32 pm and Mr. McKinney stated he would speak with Plaintiffs about the email, the analysis of the allegations and causes of action in their complaint, and Plaintiffs' response to the complaint, so we can meet and confer.

12. On Friday, September 13, 2024, at 5:05 pm, counsel for GEICO INDEMNITY COMPANY telephoned Mr. McKinney and asked if he had an opportunity to speak with Plaintiffs. Mr. McKinney replied he had not yet had an opportunity to speak with Plaintiffs. We agreed to communicate with each other on Monday, September 16, 2024.

13. On Monday, September 16, 2024, counsel for GEICO INDEMNITY COMPANY emailed Plaintiffs' counsel asking whether he had the opportunity to meet with the Plaintiff's about their complaint, the allegations, the causes of action, and our email with analysis about the allegations and causes of action.

14. On Tuesday, September 17, 2024, counsel for GEICO INDEMNITY COMPANY emailed Plaintiffs' counsel discussing the meet and confer requirement in Judge Mendez's August 21, 2024, Order, and proposed a 21-day extension for counsel to meet and confer before GEICO INDEMNITY COMPANY files its 12(b)(6) Motion to Dismiss in an effort to avoid needless litigation and/or reduce the issues in Plaintiffs' complaint the Court will need to address.

15. Counsel for both Parties request of the Court, and stipulate to, a 21-day extension for counsel to meet and confer about Plaintiffs' complaint.

16. Counsel for both Parties request of the Court, and stipulate to, a 21-day extension for GEICO INDEMNITY COMPANY to file its responsive pleading in this case.

17. Counsel for both Parties request of the Court, and stipulate to, **a new deadline of Thursday, October 10, 2024,** for counsel to meet and confer about Plaintiffs' complaint, and for GEICO INDEMNITY COMPANY to file its responsive pleading in this case.

**IT IS SO REQUESTED AND STIPULATED.**

Dated: September 17, 2024               THE LAW OFFICE OF DALE McKINNEY

                                        By *(signature)*
                                        Dale McKinney
                                        Attorneys for Plaintiffs
                                        EBONY JOHNSON and DEWAYNE JOHNSON

Dated: September 17, 2024

GORDON REES SCULLY MANSUKHANI, LLP

By _____
Jordan S. Altura
Michael K. Brisbin
Attorneys for Defendant
GEICO INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBONY JOHNSON, DEWAYNE JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>GEICO INDEMNITY COMPANY,<br><br>Defendant. | Case No. 2:24-cv-02191-JAM-AC<br><br>**ORDER ON THE PARTIES STIPULATION TO EXTEND THE TIME FOR COUNSEL TO MEET AND CONFER AND DEFENDANT GEICO TO RESPOND TO PLAINTIFF'S COMPLAINT** |

The Court having received and considered the Joint Request and Stipulation to extend the time for counsel to meet and confer, and for defendant GEICO INDEMNITY COMPANY to respond to Plaintiffs' complaint, and finding good cause, **GRANTS** the Stipulation.

The Court **EXTENDS** the deadline for counsel to meet and confer about Plaintiffs' complaint, and for GEICO INDEMNITY COMPANY to file its responsive pleading, to **Thursday, October 10, 2024.**

Dated: September 27, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE